No. 04–988.  GRIFFIN ET AL. *v.* ROUPAS ET AL.  C. A. 7th Cir. Certiorari denied.

No. 04–997.  CHAMBERLAIN GROUP, INC. *v.* SKYLINK TECHNOLOGIES, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 04–1006.  BAKOWSKI *v.* KURIMAI ET AL.  C. A. 2d Cir. Certiorari denied.

No. 04–1022.  COBURN ET AL. *v.* CIRCUIT COURT OF MISSISSIPPI, WINSTON COUNTY.  Sup. Ct. Miss.  Certiorari denied.

No. 04–1026.  CRISP ET UX. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–1027.  DEARMOND, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DEARMOND, ET AL. *v.* SOUTHWIRE CO. C. A. 6th Cir.  Certiorari denied.

No. 04–1030.  KONAN *v.* VIRGINIA STATE BAR.  Sup. Ct. Va. Certiorari denied.

No. 04–1035.  RUBIN *v.* PRINGLE, CHAPTER 7 TRUSTEE.  C. A. 9th Cir.  Certiorari denied.

No. 04–1083.  STIREWALT *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 04–1093.  O'HARA *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–1111.  GABALDON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 04–5077.  SANTOS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–5453.  SALGADO-RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–5858.  FRANKLIN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.